PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

| | |
|---|---|
| Name of Individual: Eric Esmond | Cr.: 18-00015-001 |
| | PACTS #: 3354503 |

Name of Sentencing Judicial Officer:  THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/20/2018

Original Offense:  Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(G)(1), a Class C Felony.

Original Sentence: 41 months' imprisonment, 36 months' supervised release

Special Conditions: Special Assessment, Alcohol/Drug Testing and Treatment, Life Skills Counseling, Educational Services, Self-Employment/Business Disclosure, Support Dependents

Type of Supervision: Supervised Release         Date Supervision Commenced: 01/15/2021

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with his condition.'** |
| | On July 1, 2021, a urine specimen was secured in the probation office, which tested positive for marijuana. Upon confronting Esmond, he denied using any illicit substances. |

U.S. Probation Officer Action:

The Probation Office will continue to monitor Esmond and will increase random urine testing. If he continues to test positive, Esmond will be referred for a substance abuse treatment assessment, and the Court will be notified. Please allow this letter to serve as a formal written reprimand for his positive drug screen.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*[signature: Erin A. DeSilva]*

By: ERIN A. DESILVA
U.S. Probation Officer

/ ead

APPROVED:

*Elisa Martinez*　　　　　　　　7/14/2021

ELISA MARTINEZ　　　　　　Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

*[signature]*

Signature of Judicial Officer

July 15, 2021
Date